**JASON K. SINGLETON**, State Bar # 166170
jason@singletonlawgroup.com
SINGLETON LAW GROUP
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

JS-6

Attorneys for Plaintiff, ANNA ESCOBEDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ESCOBEDO,<br><br>    Plaintiff,<br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation, dba CVS PHARMACY STORE 9821, LONGS DRUG STORES LLC, a Maryland Limited Liability Company, and DOES ONE TO TEN, inclusive,<br><br>    Defendants. | Case No. CV 11-7007 JFW (MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action <u>ESCOBEDO vs. CVS PHARMACY, et al.</u>, Case Number CV-11-7007 JFW (MRWx), is dismissed with prejudice with each party to bear his or its own attorney fees and costs.

Dated:  April 6, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE